# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0205−2 | User: admin | Date Created: 9/1/2022 |
| Case: 22−20340 | Form ID: fnldec | Total: 138 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | U. S. Trustee | USTPRegion02.NH.ECF@USDOJ.GOV |
| tr | Anthony S. Novak | AnthonySNovak@aol.com |
| aty | Anthony S. Novak | AnthonySNovak@aol.com |
| aty | David F. Falvey | office@actionadvocacy.com |

TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | |
|---|---|---|---|---|
| db | Michael T. Festa | 891 Norwich Avenue | Colchester, CT 06415 | |
| db | Heather C. Festa | 891 Norwich Avenue | Colchester, CT 06415 | |
| cr | Synchrony Bank | c/o PRA Receivables Management, LLC | P.O. Box 41021 | Norfolk, VA 23541 |
| 9358431 | Advantage Dental Group | Attn: President and/or CEO | 339 Flanders Road Suite 105 | East Lyme, CT 06333−0000 |
| 9358432 | Arcadia Recovery Bureau | Attn President and/or CEO | PO Box 150506 | Hartford, CT 06115 |
| 9358433 | Arcadia Recovery Bureau, LLC | Attn: President and/or CEO | PO Box 1280 | Oaks, PA 19456 |
| 9358435 | Bank of America | Attn. President and/or CEO | P.O. Box 982234 | El Paso, TX 79998−2234 |
| 9358434 | Bank of America | Attn: President and/or CEO | P.O. Box 982238 | El Paso, TX 79998−2235 |
| 9358436 | Bank of America | Attn: President and/or CEO | P.O. Box 15019 | Wilmington, DE 19886−0000 |
| 9358437 | Bank of America, NA | Attn President and/or CEO | P.O. Box 45145 | Jacksonville, FL 32231 |
| 9358438 | Bank of Missouri | Attn President and/or CEO | PO Box 4499 | Beaverton, OR 97076−0000 |
| 9358439 | Barclaycard Card Services | Attn: President and/or CEO | P.O. Box 13337 | Philadelphia, PA 19101−3337 |
| 9358440 | Barclays | Attn: President and/or CEO | PO Box 8803 | Wilmington, DE 19899−8803 |
| 9358441 | Barclays Bank Delaware | Attn: President and/or CEO | P.O. Box 8802 | Wilmington, DE 19899−8802 |
| 9358442 | Best Buy Credit Services | Attn: President and/or CEO | P.O. Box 183195 | Columbus, OH 43218−3195 |
| 9358443 | Best Buy/CBNA | Attn: President and/or CEO | 701 E 60th Street N | Sioux Falls, SD 57104−0432 |
| 9358444 | Bozrah Fire Co | Attn: President and/or CEO | 239 Fitchville Road | Bozrah, CT 06334 |
| 9358455 | CCS | Attn: President and/or CEO | PO Box 55126 | Boston, MA 02205−5126 |
| 9358461 | CITIBANK NA | Attn: President and/or CEO | 5800 South Corporate Place | Sioux Falls, SD 57108 |
| 9358445 | Calistro & Airone | Attn President and/or CEO | 396 Orange Street Carriage House | New Haven, CT 06511 |
| 9358446 | Calistro & Airone, LLC | Attn: President and/or CEO | P.O. Box 713 | Westbrook, CT 06498−0713 |
| 9358447 | Capital One | President and/or CEO | P. O. Box 71083 | Charlotte, NC 28272−1083 |
| 9358448 | Capital One | Attn: President and/or CEO | PO Box 31293 | Salt Lake City, UT 84131 |
| 9358449 | Capital One Bank | Attn: President and/or CEO | P.O. Box 30285 | Salt Lake City, UT 84130−0285 |
| 9358450 | Capital One Bank USA NA | Attn: President and/or CEO | PO Box 31293 | Salt Lake City, UT 84131 |
| 9358451 | Cavalry | Attn: President and/or CEO | 1 American Ln Ste 220 | Greenwich, CT 06831−2563 |
| 9358452 | Cavalry Portfolio Services | Attn: President and/or CEO | 500 Summit Lake Drive | Valhalla, NY 10595−0000 |
| 9358453 | Cavalry Portfolio Services | Attn: President and/or CEO | P.O. Box 520 | Valhalla, NY 10595−0000 |
| 9358454 | Cavalry Portfolio Services, LLC | Attn: President and/or CEO | PO Box 27288 | Tempe, AZ 85285−7288 |
| 9358456 | Chase | Attn: President and/or CEO | P.O. Box 15123 | Wilmington, DE 19850−5123 |
| 9358457 | Chelsea Surgical Care LLC | Attn: President and/or CEO | 330 Washington St Ste 420 | Norwich, CT 06360−2700 |
| 9358458 | Chex Systems, Inc. | Attn: President and/or CEO | P.O. Box 583399 | Minneapolis, MN 55458 |
| 9358459 | Citibank (South Dakota) NA | Attn: President and/or CEO | P.O. Box 9025 | Des Moines, IA 50368−9025 |
| 9358460 | Citibank NA | Attn: President and/or CEO | 1000 Technology Drive, MS 504A | O Fallon, MO 63368−2240 |
| 9358462 | Comcast | Attn: President and/or CEO | P.O. Box 1577 | Newark, NJ 07101−1577 |
| 9358463 | Comcast | Attn: President and/or CEO | P.O. Box 6505 | Chelmsford, MA 01824−0905 |
| 9358464 | Comenity − Victoria's Secret | Attn: President and/or CEO | PO Box 659728 | San Antonio, TX 78265−9728 |
| 9358465 | Comenity Bank/Victorias Secret | Attn: President and/or CEO | PO Box 182789 | Columbus, OH 43218−2789 |
| 9358466 | Connecticut Childrens Medical | Attn:President and/or CEO | P.O. Box 418779 | Boston, MA 02241−0000 |
| 9358467 | Cranial Technologies | Attn President and/or CEO | 1343 Boston Post Rd Ste 102 | Madison, CT 06443 |

| | | | | |
|---|---|---|---|---|
| 9358468 | Credit Collection Services | Attn: President and/or CEO | 725 Canton Street | Norwood, MA 02062 |
| 9358469 | Credit First NA/Firestone | Attn: President and/or CEO | PO Box 81083 | Cleveland, OH 44181 |
| 9358470 | Credit First National Assn | Attn: President and/or CEO | PO Box 81410 | Cleveland, OH 44181–0083 |
| 9358471 | Credit First Natl Assoc | Attn: President and/or CEO | PO Box 81315 | Cleveland, OH 44181–0315 |
| 9358473 | Credit One Bank | Attn: President and/or CEO | PO Box 98873 | Las Vegas, NV 89193–8873 |
| 9358472 | Credit One Bank | Attn: President and/or CEO | PO Box 98875 | Las Vegas, NV 89193 |
| 9358474 | Eastern Account System | Attn: President and/or CEO | 3 Corporate Dr Ste 2 | Danbury, CT 06810 |
| 9358475 | Eastern Account System | Attn: President and/or CEO | P. O. Box 837 | Newtown, CT 06470–0000 |
| 9358476 | Emp of New London County, LLC | Attn: President and/or CEO | 365 Montauk Ave | New London, CT 06320–0000 |
| 9358477 | Equifax | Attn: President and/or CEO | Po Box 105851 | Atlanta, GA 30348–5851 |
| 9358478 | Experian | Attn: President and/or CEO | PO Box 2002 | Allen, TX 75013–2002 |
| 9358479 | Express Scripts | Attn President and/or CEO | PO Box 74700 | Cincinnati, OH 45274 |
| 9358480 | Express Scripts | Attn: President and/or CEO | PO Box 67015 | Harrisburg, PA 17106 |
| 9358482 | FIA Card Services, N.A. | Attn: President and/or CEO | | El Paso, TX 79998–2236 |
| 9358481 | FiA Card Services | Attn: President and/or CEO | P.O. Box 15019 | Wilmington, DE 19886–0000 |
| 9358483 | Frontier | Attn: President and/or CEO | PO Box 740407 | Cincinnati, OH 45274 |
| 9358484 | Frontier Communications | Attn: President and/or CEO | P.O. Box 20550 | Rochester, NY 14602–0550 |
| 9358492 | HSBC Bank Nevada NA | Attn: President and/or CEO | POB 4657 | Carol Stream, IL 60197–4657 |
| 9358485 | Hartford Healthcare | Attn: President and/or CEO | One State St Fl 19 | Hartford, CT 06103–3102 |
| 9358486 | Hartford Healthcare Customer Service | Attn: President and/or CEO | POB 310911 | Newington, CT 06111 |
| 9358487 | Healthcare Coll Inc | Attn: President and/or CEO | 2432 W Peoria Ave #4–10 | Phoenix, AZ 85029–0000 |
| 9358488 | Healthcare Coll LLC | Attn President and/or CEO | 2224 W Northern Ave D100 | Phoenix, AZ 85021 |
| 9358489 | Healthcare Collection Inc | Attn: President and/or CEO | PO Box 82910 | Phoenix, AZ 85071 |
| 9358490 | Healthcare Collection Services | Attn: President and/or CEO | P. O. Box 4082 | Woburn, MA 01888–4082 |
| 9358491 | Howard Lee Schiff, P.C. | Attn: President and/or CEO | 111 Founders Plaza | East Hartford, CT 06108 |
| 9358493 | JPMCB | Attn: President and/or CEO | P. O. Box 15369 | Wilmington, DE 19850 |
| 9358494 | Kason Credit Corporation | Attn: President and/or CEO | 423 Hazard Avenue P. O. Box 1189 | Enfield, CT 06083–1189 |
| 9358495 | Kason Credit Corporation | Attn: President and/or CEO | P.O. Box 1189 | Enfield, CT 06083–1189 |
| 9358497 | Kohls | Attn President and/or CEO | P. O. Box 3115 | Milwaukee, WI 53201 |
| 9358496 | Kohls | Attn: President and/or CEO | P. O. Box 2983 | Milwaukee, WI 53201–2983 |
| 9358498 | Kohls/Capital One | Attn: President and/or CEO | P. O. Box 3115 | Milwaukee, WI 53201–3115 |
| 9358501 | LVNV Funding | Attn: President and/or CEO | 15 S. Main Street | Greenville, SC 29603–0000 |
| 9358502 | LVNV Funding, LLC | Attention: President/CEO | PO Box 10497 | Greenville, SC 29603–0000 |
| 9358499 | Lincoln Benefit Life Company | Attn: President and/or CEO | PO Box 660191 | Dallas, TX 75266–0191 |
| 9358500 | London and London | Attn: President and/or CEO | 48 Christian Lane | Newington, CT 06111–0000 |
| 9358503 | MBNA/FIA Card Services N.A | Attn: President and or CEO | 1100 N King St | Wilmington, DE 19884–0781 |
| 9358506 | Midland Credit Management | Attn President and/or CEO | 350 Camino De La Reina Ste 100 | San Diego, CA 92108–0000 |
| 9358507 | Midland Credit Management | Attn: Consumer Support Services | 320 E Big Beaver Road Ste 300 | Troy, MI 48083 |
| 9358504 | Midland Credit Management | Attn: President and/or CEO | 2365 Northside Drive Suite 300 | San Diego, CA 92108–0000 |
| 9358505 | Midland Credit Management | Attn: President and/or CEO | PO Box 301030 | Los Angeles, CA 90030–1030 |
| 9358508 | Midland Credit Management Inc | Attn: President and/or CEO | 3111 Camino Del Rio North | San Diego, CA 92108–0000 |
| 9358509 | Midland Funding LLC | Attn President and/or CEO | 320 East Big Beaver | Troy, MI 48083–0000 |
| 9358511 | Montgomery Ward | Attn: President and/or CEO | 1112 7th Avenue | Monroe, WI 53566 |
| 9358510 | Montgomery Ward | Attn: President and/or CEO | 3650 Milwaukee Street | Madison, WI 53714–2399 |
| 9358512 | Nair & Levin, P.C. | Attn: President and/or CEO | 707 Bloomfield Avenue | Bloomfield, CT 06002 |
| 9358513 | Natchaug Hospital | Attn: President and/or CEO | 189 Storrs Road | Mansfield Center, CT 06250–0000 |
| 9358514 | National Enterprise Systems | Attn: President and/or CEO | 2479 Edison Blvd Unit A | Twinsburg, OH 44087–0000 |
| 9358515 | Northeast Medical Group | Attn: President and/or CEO | 99 Hawley Lane 1st Floor | Stratford, CT 06614 |

| ID | Name | Attn | Address | City/State/Zip |
|---|---|---|---|---|
| 9358516 | Norwich Public Utilities | Attn: President and/or CEO | 16 South Golden Street | Norwich, CT 06360–0000 |
| 9358517 | Norwich Public Utilities | Attn: President and/or CEO | 173 North Main Street | Norwich, CT 06360–4701 |
| 9358518 | ONNESI02 | Attn: President and/or CEO | PO Box 1280 | Oaks, PA 19456–1280 |
| 9358692 | PRA Receivables Management, LLC | | PO Box 41021 | Norfolk, VA 23541 |
| 9358519 | Phoenix Financial Services | Attn: President and/or CEO | PO Box 1280 | Oaks, PA 19456–1280 |
| 9358521 | Phoenix Financial Services LLC | Attn: President and/or CEO | 8902 Otis Ave. Ste. 103A | Indianapolis, IN 46216–1077 |
| 9358520 | Phoenix Financial Services LLC | Attn: President and/or CEO | P.O. Box 361450 | Indianapolis, IN 46236–1450 |
| 9358522 | Portfolio Recovery | Attn: President and/or CEO | PO Box 41021 | Norfolk, VA 23541–0000 |
| 9358524 | Portfolio Recovery Associates | Attn: President and/or CEO | 120 Corporate Boulevard Suite 1 | Norfolk, VA 23502–0000 |
| 9358523 | Portfolio Recovery Associates | Attn: President and/or CEO | 120 Corporate Boulevard Suite 100 | Norfolk, VA 23502–0000 |
| 9358526 | Portfolio Recovery Associates | Attn: President and/or CEO | P.O. Box 4115 Dept. 922 | Concord, CA 94524 |
| 9358525 | Portfolio Recovery Associates | Attn: President and/or CEO | PO Box 12914 | Norfolk, VA 23541 |
| 9358527 | Portfolio Recovery Associates LLC | Attn: President and/or CEO | PO Box 4115 Dept 922 | Concord, CA 94524 |
| 9358528 | Qualia Collection Services | Attn: President and/or CEO | 1444 North McDowell Blvd | Petaluma, CA 94954 |
| 9358529 | Quest Diagnostics Inc. | Attn: President and/or CEO | 3 Sterling Drive | Wallingford, CT 06492–0000 |
| 9358530 | Quest Diagnostics Inc. | Attn: President and/or CEO | Po Box 5053 | Wallingford, CT 06492–7553 |
| 9358531 | Resurgent Capital Services | Attn: President and/or CEO | PO Box 1269 | Greenville, SC 29603 |
| 9358532 | Revco Solutions | Attn: President and/or CEO | P.O. Box 163279 | Columbus, OH 43216–3279 |
| 9358533 | Revco Solutions | Attn: President/or CEO | P.O. Box 1280 Dept 4 | Oaks, PA 19456–1280 |
| 9358542 | SYNCB/Walmart | Attn: President and/or CEO | P.O. Box 965024 | Orlando, FL 32896–5024 |
| 9358534 | Santander Consumer | Attn President and/or CEO | PO Box 961211 | Terrell, TX 75161 |
| 9358535 | Santander Consumer USA | Attn: President and/or CEO | P.O. Box 961245 | Fort Worth, TX 76161–0000 |
| 9358536 | Schreiber Law LLC | Attn: President and/or CEO | 148 Middle Street | Portland, ME 04101–0000 |
| 9358537 | Schreiber Law LLC | Attn: President and/or CEO | 53 Stiles Road Suite A102 | Salem, NH 03079–0000 |
| 9358538 | Southwest Credit System | Attn: President and/or CEO | PO Box 650543 | Dallas, TX 75265–0543 |
| 9358539 | Southwest Credit Systems | Attn: President and/or CEO | 4120 International Parkway Suite 1100 | Carrollton, TX 75007–0000 |
| 9358540 | Sunrise Credit Services | Attn: President and/or CEO | P.O. Box 9100 | Farmingdale, NY 11735–9100 |
| 9358541 | Swiss Colony | Attn: President and/or CEO | 1515 S 21st Street | Clinton, IA 52732–0000 |
| 9358547 | Synchrony Bank | Attn: Bankruptcy Dept | PO Box 965064 | Orlando, FL 32896–5064 |
| 9358545 | Synchrony Bank | Attn: Bankruptcy Department | P.O. Box 965064 | Orlando, FL 32896–5064 |
| 9358546 | Synchrony Bank | Attn: Bankruptcy Dept | P.O. Box 965060 | Orlando, FL 32896–5060 |
| 9358543 | Synchrony Bank | Attn: President and/or CEO | P.O. Box 965005 | Orlando, FL 32896–5005 |
| 9358544 | Synchrony Bank | Attn: President and/or CEO | PO Box 530945 | Atlanta, GA 30353–0945 |
| 9358548 | Synchrony Bank/ Walmart | Attn: Bankruptcy Dept | P.O. Box 965060 | Orlando, FL 32896–5060 |
| 9358551 | TD Bank /Target Credit | Attn: President and/or CEO | PO Box 1470 | Minneapolis, MN 55440–0000 |
| 9358549 | Target Card Services | Attn: President and/or CEO | P.O. Box 660170 | Dallas, TX 75266–0170 |
| 9358550 | TaxServ Capital Services | Attn: President and/or CEO | 21 Oak Street Ste 310 | Hartford, CT 06106–0000 |
| 9358552 | Thamesview Apartments | Attn President and/or CEO | 495 Laurel Hill Rd #11 | Norwich, CT 06360 |
| 9358553 | The William Backus Hospital | Attn: President and/or CEO | 326 Washington Street | Norwich, CT 06360 |
| 9358554 | Transunion | ATTN: President and/or CEO | P. O. Box 1000 | Crum Lynne, PA 19022 |
| 9358555 | Unifund CCR Partners | Attn: President and/or CEO | 10625 Techwood Circle | Cincinnati, OH 45242–2846 |
| 9358557 | Universal Fidelity LP | Attn: President and/or CEO | PO Box 5444 | Katy, TX 77491 |
| 9358556 | Universal Fidelity LP | Attn: President and/or CEO | PO Box 941911 | Houston, TX 77094–8911 |
| 9358558 | Webbank – Fingerhut | Attn: President and/or CEO | 6509 Flying Cloud | Eden Prairie, MN 55344–0000 |
| 9358559 | Yale New Haven Health | Attn President and/or CEO | PO Box 788327 | Philadelphia, PA 19178 |
| 9358560 | Yale–New Haven Health | Attn: President and/or CEO | P.O. Box 1227 | South Windsor, CT 06074–7227 |

TOTAL: 134